# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

SHERYL MORRELL ,

V.

**SUMMONS IN A CIVIL CASE**

BERTRAND MANAGEMENT GROUP ,

CASE NO: **2:12−CV−02730−MCE−CMK**

TO: **Bertrand Management Group**
Defendant's Address:

```
1030 North Mountain Avenue, Suite 173
Ontario, CA 91762
```

**YOU ARE HEREBY SUMMONED** and required to serve on

Tammy L. Hussin
Lemberg & Associates LLC
6404 Merlin Drive, Suite 100
Carlsbad, CA 92011

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ R. Becknal

(By) DEPUTY CLERK



ISSUED ON 2012−11−06 14:10:26.0, Clerk
USDC EDCA

Case 2:12-cv-02730-MCE-CMK   Document 3   Filed 11/06/12   Page 2 of 2

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 11/21/12 |
| NAME OF SERVER (PRINT) J. ADAMS | TITLE SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 2804 GATEWAY OAKS DR., #200, SACRAMENTO, CA 95833   REGISTERED   FAITH MAURU-AGENT   11-20-12 @ 15:50 PM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/21/12
              Date                    Signature of Server

Address of Server: P.O. Box 3014 Fairfield CA 94533

State of California, County of Sacramento
Subscribed and sworn to (or affirmed) before me on this 21 day of November, 20 12 by Johnny Adams, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ NOTARY PUBLIC

ASHLEY MANDUCA
COMM. #1905350
Notary Public-California
YOLO COUNTY
My Comm. Exp. SEPT 25, 2014

14327